**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____   Chapter   7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Privvy Investments LLC d/b/a Privvy Investments |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 92-1827837 |
| 4. | Debtor's address | **Principal place of business**<br><br>15518 Kerrville Ct.<br>Cypress, TX 77429<br>Number, Street, City, State & ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>Ronald Sommers, Trustee<br>1400 Post Oak Blvd., Suite 300<br>Houston, TX 77056<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.privvyinvestments.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Privvy Investments LLC d/b/a Privvy Investments   Case number (*if known*)
          ———————————————————————————
          Name

| 7. | Describe debtor's business | A. *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5239__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
   - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   - ☐ A plan is being filed with this petition.
   - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |

District _____   When _____   Case number _____
District _____   When _____   Case number _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No  ■ Yes. |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

| | | | |
|---|---|---|---|
| Debtor | Privvy Investments LLC d/b/a Privvy Investments | Case number (if known) | |
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | Nathan A. Fuller | | Relationship | Owner |
| | District | Southern District of Texas | When 10/14/24 | Case number, if known | 24-34773 |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Privvy Investments LLC d/b/a Privvy Investments        Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-13-2024
             MM / DD / YYYY

X _____       Ronald J. Sommers
  Signature of authorized representative of debtor   Printed name

Title  Chapter 7 Trustee of Nathan A. Fuller

**18. Signature of attorney**

X  */s/ Aaron J. Power*                          Date  11/13/2024
   Signature of attorney for debtor                    MM / DD / YYYY

Aaron J. Power
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone  (713) 226-6000    Email address  apower@porterhedges.com

24058058 TX
Bar number and State

## STATEMENT OF UNANIMOUS WRITTEN CONSENT and RESOLUTION BY MEMBERS

COMES NOW Ronald J. Sommers (the "Trustee") who states as follows:

The Trustee, being the duly appointed and serving Chapter 7 Bankruptcy Trustee in Case No. 24-34773, *In re Nathan Fuller*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, being the sole member of Privvy Investments, LLC (the "Company"), a limited liability company organized under the laws of the State of Wyoming, by virtue of 11 U.S.C. §541, does by this written consent hereby resolve to take the following action and adopts the consents and resolutions listed below:

**RESOLVED,** that the Company shall file a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code;

**BE IT FURTHER RESOLVED,** that all officers, directors, managers, agents or other elected or appointed representatives of the Company, except as otherwise provided herein, are hereby removed from their positions;

**BE IT FURTHER RESOLVED,** that the Trustee is hereby appointed as agent and attorney in fact for the Company for the purpose of (a) signing or authorizing the signing of a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code and (b) signing and prosecuting a request for waiver of the filing fee for filing of the a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code for the Company;

**BE IT FURTHER RESOLVED,** that all the acts and deeds done or to be done by the Trustee, in connection with the execution and delivery of documents and any and all acts which may be necessary or proper to effect the bankruptcy filing are hereby authorized, adopted, ratified, confirmed and approved as the acts and deeds of this Company; and

**IN WITNESS WHEREOF,** the undersigned have executed this consent effective the 13th day of November, 2024.

_____
Ronald J. Sommers, solely in his capacity as Chapter 7 Trustee in Case No. 24-34773, *In re Nathan Fuller*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

1

15662879v1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NATHAN FULLER, | § | CASE NO. 24-34773 (JPN) |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| | § | |

**ORDER AUTHORIZING THE TRUSTEE TO EXERCISE DEBTOR'S RIGHTS AS SOLE MEMBER OF PRIVVY INVESTMENTS, LLC**

(Relates to Doc. No. ___ )

The Court has considered the Trustee's *Emergency Motion for Authority to Exercise Debtor's Rights as Sole Member of Privvy Investments, LLC* (the "Motion"). The Court finds that notice of the Motion is sufficient and that the requested relief should be granted. Accordingly, it is therefore

**ORDERED THAT:**

1. The Trustee is authorized to execute, on behalf of Privvy Investments, LLC, as its sole member, managerial rights over Privvy Investments, LLC, including the right to file a chapter 7 bankruptcy petition.

2. The Chapter 7 Trustee is authorized to execute the Statement of Unanimous Consent Written Consent and Resolution by Members attached as Exhibit A hereto, as well as any other documents necessary to accomplish the resolutions contained therein, so as to, among other things addressed therein, authorize the Chapter 7 Trustee's filing of a chapter 7 petition for relief for Privvy Investments, LLC.

3. To the maximum extent permitted by law, the Court retains jurisdiction over any and all disputes arising out of or related to this Order.

Signed: November 12, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

1

15651064

# EXHIBIT A

## STATEMENT OF UNANIMOUS WRITTEN CONSENT and RESOLUTION BY MEMBERS

COMES NOW Ronald J. Sommers (the "Trustee") who states as follows:

The Trustee, being the duly appointed and serving Chapter 7 Bankruptcy Trustee in Case No. 24-34773, *In re Nathan Fuller*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, being the sole member of Privvy Investments, LLC (the "Company"), a limited liability company organized under the laws of the State of Wyoming, by virtue of 11 U.S.C. §541, does by this written consent hereby resolve to take the following action and adopts the consents and resolutions listed below:

**RESOLVED,** that the Company shall file a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code;

**BE IT FURTHER RESOLVED,** that all officers, directors, managers, agents or other elected or appointed representatives of the Company, except as otherwise provided herein, are hereby removed from their positions;

**BE IT FURTHER RESOLVED,** that The Trustee is hereby appointed as agent and attorney in fact for the Company for the purpose of (a) signing or authorizing the signing of a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code and (b) signing and prosecuting a request for waiver of the filing fee for filing of the a voluntary petition for bankruptcy relief under chapter 7 of the United States Bankruptcy Code for the Company;

**BE IT FURTHER RESOLVED,** that all the acts and deeds done or to be done by The Chapter 7 Trustee, in connection with the execution and delivery of documents and any and all acts which may be necessary or proper to effect the bankruptcy filing are hereby authorized, adopted, ratified, confirmed and approved as the acts and deeds of this Company; and

**IN WITNESS WHEREOF,** the undersigned have executed this consent effective the _____ day of _____ 2024.

_____
Ronald J. Sommers, solely in his capacity as Chapter 7 Trustee in Case No. 24-34773, *In re Nathan Fuller*; in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

15651064