**Fill in this information to identify the case:**

Debtor name **Privvy Investment, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00 | $200,000.00 |

| 2.1 | Priority creditor's name and mailing address **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$200,000.00** | **$200,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **2022 Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$750,000.00** | **$750,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **2023 Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Privvy Investment, LLC**                        Case number (if known)
           Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Aaron Garcia**
**11211 Rousseau Dr**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Adil Ahmed**
**5 Moola Street**
**Jordan Springs, NSW 2747**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Alfredo Morales**
**2652 Bad Rock Cir**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450,000.00** |
|---|---|---|---|

**Allied Express**
**1111 Witte Rd**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Amanda Thomas**
**4127 Monticello Terrace Ln**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Amy Merchant**
**17802 Mound Rd., Apt. 21103**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account held by Receiver - amount unknown**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Privvy Investment, LLC**   Case number (if known) _____
_____
Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Andrew Franck**
**9302 Bauer Oaks Drive**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Andrew Jimenez**
**705 North Minnesota Road**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**Anthony Tucker**
**16919 Kilwinning Dr**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Anton Ginco**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Antonios Fiotakis**
**256 Dallas Road North**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Artur Nazaryan**
**8213 Boseck Dr**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ____

Last 4 digits of account number ____

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Privvy Investment, LLC**

Case number (if known) _____

Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Ashleigh Fisher**
**1948 Day Break Dr**
**Lancaster, TX 75146**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,492.00 |

**Ashley Floyd**
**1620 Upland Lks**
**Houston, TX 77043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Ashley Fuller**
**15518 Kerrville Ct**
**Cypress, TX 77429**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Ashley Walker**
**13102 Grantham Ridge Ct**
**Rosharon, TX 77583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**Automation Syndication**
**5900 Balcones Dr Ste #100**
**Austin, TX 78731**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Beatriz Benitez**
**18211 Hayden Lakes Dr**
**Cypress, TX 77429**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Privvy Investment, LLC**
_____   Case number (if known) _____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**Belinda Smith**
**1510 Biltmore Way**
**Saint Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Benjamin Jordan Toala**
**10795 SE Leopard Ln**
**Damascus, OR 97089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**Beth Clark**
**24802 Brattle Dr**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Brandon Reid**
**519 Somerville Ave #177**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Brian Huston**
**6779 County Road 302**
**Navasota, TX 77868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**Briana Gomez**
**28050 Trade Winds Ct**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Privvy Investment, LLC**                                                Case number (if known) _____
         _____
         Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Bruce Walker**
**603 N Pine St # A**
**Rosharon, TX 77583**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Bryan Watthuber**
**6008 GlenCove Unit #C**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Bryan Zascavage**
**61 SE 11th St**
**Pompano Beach, FL 33060**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,120.00 |
|---|---|---|---|

**Buffy Lawrence**
**unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280,000.00 |
|---|---|---|---|

**Canei Capital Group LLC**
**11807 Westheimer Rd #550-427**
**Houston, TX 77077**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Carla Tamper**
**10568 Highway 7 W**
**Marquez, TX 77865**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Privvy Investment, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Carrie Parish**
**14130 Eventide Dr**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Celeste Bianchi**
**618 Beverly Arbor Ave**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Chad Schwartz**
**28618 Cabrera Hill Ln**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Chameira Salcedo**
**4000 W 34th St Apt 24**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Charles Jamison**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Chase Clark**
**24938 Lakecrest Glen Dr**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Privvy Investment, LLC**    Case number (if known) _____
         Name

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Chase Schwartz**
**20511 S Blue Hyacinth Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Chi Ngyuen**
**5035 Aspen Orchard Dr**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Christian Lenderman**
**13920 Mandolin Drive Apt 2105**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Christopher Brito**
**3094 Mackenzi Ln Apt #1**
**York, PA 17408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Christopher Jones**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Christopher Porter**
**3901 E Bamboo Dr**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Privvy Investment, LLC**_____   Case number (if known)_____
　　　　　　Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Cindy Angell**
6202 Marble Hollow Ln
Katy, TX 77450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**CJ Hixon**
12802 Azalea Creek Trl
Houston, TX 77065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Daniel Romanesse**
5920 W Dewey Dr
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**David Scher**
3059 Lenoir St
Las Vegas, NV 89135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**DeFi Referrals**
5920 W Dewey Dr
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Dennis Gomez**
unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:　**Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Privvy Investment, LLC**  
_____  
Name

Case number (if known) _____

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**DJ Rogers**
**5610 Schuler St**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Edwan Thurmond**
**35 E Horizon Ridge Pkwy, Ste #110-451**
**Henderson, NV 89002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Edward Archer**
**3602 Apoethecary St**
**District Heights, MD 20747**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Elaine Santiago**
**18435 Forest Dew Dr**
**Katy, TX 77449**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Elsie Kupka**
**11607 Chuckson Dr**
**Houston, TX 77065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Emily Wu**
**2618 Coopers Post Ln**
**Sugar Land, TX 77478**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Privvy Investment, LLC**                                    Case number (if known) _____
_____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Emmett Cheri**
**1620 Upland Lks**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Eric Alas**
**1918 Walnut Green Cir**
**Rosenberg, TX 77471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Erica Leday**
**23707 Mesquite Trail Ln**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Erika Rice**
**1216 Running Waters Dr**
**Saint Charles, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Eugene Sweazie**
**15107 FM 2100 Suite D**
**Crosby, TX 77532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**F2 Equities**
**427 Trace Way Dr**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **C.A. DC-24-08435; F2 Equities, LLC. v. Privvy Investments, LLC., 134th Judicial District, Dallas County, Texas; Interest in crypto account in possession of receiver. Cross Ref as listed separately**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Privvy Investment, LLC**
_____     Case number (if known) _____
Name

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,279,752.00** |

**F2 Equities**
**C/O Farmer & Coker, PLLC.**
**400 S. Zang Blvd., Suite 350**
**Dallas, TX 75208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **C.A. DC-24-08435; F2 Equities, LLC. v.**
**Privvy Investments, LLC., 134th Judicial**
**District, Dallas County, Texas; Interest in**
**crypto account in possession**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |

**Gabriel Guzman**
**17003 Muddy Spring Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of**
**receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$559,170.00** |

**GAI Investments**
**1054 53rd Avenue North**
**Saint Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of**
**receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |

**George Ramirez**
**14131 Timberhaven Dr**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of**
**receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |

**Greg Durr**
**14819 Cross Stone Ct**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of**
**receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |

**Healthrite Pharmacy**
**15107 FM 2100 Suite D**
**Crosby, TX 77532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of**
**receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Privvy Investment, LLC**
_____   Case number (if known) _____
         Name

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Herman Cadoree**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Ilias Hantsoulis**
**J30 Bunker Hill Run East**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Irma Benitez**
**9934 Memorial Crossing Dr**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Jaime Taylor**
**19742 Tacoma Bluff Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Jamaal Mosley**
**4511 Sanctuary Trails Dr**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**James Stringer**
**9501 Towne Lake Pkwy**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Privvy Investment, LLC**                                    Case number (if known) _____
_____
Name

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Jared Yanez**
**20622 Tupelo Ridge Rd**
**Richmond, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Jarrett Pearson**
**3363 Bachelor St**
**Atlanta, GA 30344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Jaz Thomas**
**4127 Monticello Terrace Ln**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,000.00** |
|---|---|---|---|

**Jennifer Herman**
**v**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Jeremy Beard**
**20722 Round Key Dr**
**Hockley, TX 77447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Jessica Trujillo**
**4819 Glenvillage St**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Privvy Investment, LLC**
_____   Case number (if known) _____
           Name

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,925,000.00** |
|---|---|---|---|

**JK Capital Partners LLC**
**C/O Farmer & Coker, PLLC.**
**400 S. Zang Blvd., Suite 350**
**Dallas, TX 75208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: <u>C.A. DC-24-08435; F2 Equities, LLC v.</u>
<u>Privvy Investments, LLC., 134th Judicial</u>
<u>District, Dallas County, Texas; Interest in</u>
<u>crypto account in possession of receiver.</u>
<u>Cross Ref as listed separately</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**JK Capital Partners LLC**
**9006 Willow Springs Ln**
**Conroe, TX 77302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: <u>C.A. DC-24-08435; F2 Equities, LLC v.</u>
<u>Privvy Investments, LLC., 134th Judicial</u>
<u>District, Dallas County, Texas; Interest in</u>
<u>crypto account in possession of receiver.</u>
<u>Cross Ref as listed separately</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Joel Farr**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: <u>Interest in account in possession of</u>
<u>receiver / trustee</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**John Vallery**
**13411 Cricklewood Creek Ln**
**Houston, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: <u>Interest in account in possession of</u>
<u>receiver / trustee</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Jose Aguilar**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: <u>Interest in account in possession of</u>
<u>receiver / trustee</u>

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Josef Roberts**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: <u>Interest in account in possession of</u>
<u>receiver / trustee</u>

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Privvy Investment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**Joshua Scott**
**7619 Roebourne Ln**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Joshua Wheat**
**9519 Brannok Ln**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Joslyn Truitt**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Justin Bigsby**
**603A N Pine St**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Katelyn Parrish**
**18143 Calcaterra Ct**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Keila Leal**
**19114 Brindled Bay Ct**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Privvy Investment, LLC**
_____
Name

Case number (if known)   _____

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Kelly Leger**
**14807 Bluffridge Cir**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Kyriakos Likakis**
**936 Shepard Ave North**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**LaDonna Yates**
**2016 Main St Apt 1003**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Laura Ivester**
**10679 Timber Stand St # 10679**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Linda Leal**
**21407 Chester Cliff Ln**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Lisa Gonzalez**
**19819 Rose Dawn Ln**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Privvy Investment, LLC** _____   Case number (if known) _____
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |

Luke Dildly
13630 Treebank Ln
Houston, TX 77070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

Mallory Buckner
9519 Brannok Ln
Tomball, TX 77375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

Marcelyn Elam
5111 Saxon Dr
Houston, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

Marcus Wiley
1614 Holman St
Houston, TX 77004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

Maria Frias
19211 Caledonia Dr
Katy, TX 77449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

Marisa Arce
1305 Yorktown St
Richmond, TX 77469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Privvy Investment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Mark Swist**
**1958 W Gray St Apt 1114**
**Houston, TX 77019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Marlon Castro**
**unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|---|---|---|---|

**Mary Lue Kopech**
**8007 Bova R**
**Houston, TX 77064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Matthew Modesette**
**14244 SW Gold Coast Ter**
**Portland, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Megan Parsons**
**22707 Cosburn Ln**
**Tomball, TX 77375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Melanie Dillon**
**2256 Leon C Simon Dr**
**New Orleans, LA 70122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Privvy Investment, LLC**                                    Case number (if known) _____
_____
Name

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Mia Wallace**
**801 Lake Carolyn Pkwy Apt 3041**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Michael Espinoza**
**19534 Grand Colony Ct**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Michael Herrera**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Mike Stockton**
**12702 Bounty Ln**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Mike Trekell**
**12847 Carvel Ln**
**Houston, TX 77072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Milana Moshero**
**1258 E Charleston Ave**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Privvy Investment, LLC**
_____
Name

Case number (*if known*) _____

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
|---|---|---|---|

**Mohammad Honari**
**1600 S Maryland Pkwy**
**Las Vegas, NV 89104**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Myra Hill**
**8014 Downington Ct**
**Spring, TX 77379**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Nate Gordon**
**18118 Crown Lake Cir**
**Spring, TX 77379**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,500.00 |
|---|---|---|---|

**Nick Brown**
**3300 Harvest Time Cv**
**Austin, TX 78754**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Niesha Jones**
**unknown**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Nina Durr**
**14819 Cross Stone Ct**
**Cypress, TX 77429**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Privvy Investment, LLC**      Case number (if known) _____

Name

| | |
|---|---|
| 3.121 | **$5,000.00** |

**Nonpriority creditor's name and mailing address**

**Noble Attorney LLC**
**2822 Pine Tree Dr Apt 2**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.122 | **$3,170,000.00** |

**Nonpriority creditor's name and mailing address**

**Opportunity Holdings LLC**
**4311 Oakwood Ln**
**West Des Moines, IA 50265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.123 | **$25,000.00** |

**Nonpriority creditor's name and mailing address**

**Phillip Feiner**
**18019 San Gabriel Glen Dr**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.124 | **$20,000.00** |

**Nonpriority creditor's name and mailing address**

**Phillip Manuel**
**unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.125 | **$10,000.00** |

**Nonpriority creditor's name and mailing address**

**Phillip Yates**
**2016 Main St Apt 1003**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.126 | **$10,000.00** |

**Nonpriority creditor's name and mailing address**

**Purnell Lewis**
**7316 Dogwood Dr**
**New Orleans, LA 70126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Privvy Investment, LLC**       Case number (if known) _____
_____
Name

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,800.00 |

**Rachel Weber**
**11307 Angelique Dr**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Raymond F Harkness**
**6553 Monte Bello Ridge Ln**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |

**Reagan Phillips**
**30457 Butternut Oak Ln**
**Magnolia, TX 77355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Reality Real Estate LLC**
**37140 29th Pl E**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,967.00 |

**Regus**
**1177 Avenue of the Americas, 5th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |

**Reva Smith**
**15807 Jamie Lee Drive**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Privvy Investment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,834.00**

**Robert Basulto**
**7574 Garden Galley St**
**Las Vegas, NV 89139**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Romina Anastasescu**
**601 NE 36th St Apt 2809**
**Miami, FL 33137**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Samuel Gonzalez**
**19819 Rose Dawn Ln**
**Spring, TX 77379**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**

**Sbeyde Ruiz**
**10521 Lessona St**
**Las Vegas, NV 89141**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Shae Smith**
**15807 Jamie Lee Drive**
**Houston, TX 77095**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,700.00**

**Shane Taylor**
**531 Promenade Blvd**
**Katy, TX 77450**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Privvy Investment, LLC** |
| | Name |

Case number (if known) _____

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Shawn Thomas**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Shelby Kerr**
**8311 Sparkling Springs Dr**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Shonnette Lewis**
**4539 Russet Leaf Trace**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Spergon Wynn**
**5018 Jason St**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

**SPS**
**20919 Summer Trace Ln**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Stephen Danilov**
**19527 Keesey Creek Circle**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Privvy Investment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Stephen Schwartz**
**15410 Cabot Ridge Ln**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Sterling Smith**
**24018 Adobe Ridge Ln**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Steve Lehr**
**3712 Plum Blossom Ct**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Steven Bentham II**
**21610 Amber Grain Ln**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Steven Morrison**
**9428 Caddo Ridge Ln**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Susan Kent**
**14803 E Ginger Spice Ct**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Privvy Investment, LLC**

Case number (if known) _____

Name

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Teo Subasic**
**2900 N 79th St**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Terrance Wilson**
**309 Oak Hollow Way**
**Little Elm, TX 75068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Terry Allen**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Thayz Taqi**
**18600 S Parkview Dr Apt 1111**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Timothy Reddell Jr**
**3114 Shallow Creek Dr**
**Corpus Christi, TX 78410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450,000.00 |

**Timothy Redell Sr.**
**8802 Oshkosh Dr**
**Corpus Christi, TX 78414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Privvy Investment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Tommy Muller**
**11719 Dakar Dr**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Viayney Gil**
**16322 Melody View Ct**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Walter Macapaz**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Wayne McCormick**
**20731 Westfield Grove Pl**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Wendell Scott**
**2020 Eldridge Pkwy Apt 4403**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Wilfredo Castro**
**unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Interest in account in possession of receiver / trustee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Privvy Investment, LLC**                                        Case number (if known) _____

Name

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |

**William Piatt**
15103 Heron Meadow Ln
Cypress, TX 77429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Interest in account in possession of receiver / trustee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**William Vannoy**
unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Interest in account in possession of receiver / trustee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Willis Parrish**
8007 Bova Rd
Houston, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Interest in account in possession of receiver / trustee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |

**Yasmine Amouri**
6365 Cameo Cove Ave
Las Vegas, NV 89139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Interest in account in possession of receiver / trustee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Zoltan B Csengeri**
69 Contrada Fiore Dr
Henderson, NV 89011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Interest in account in possession of receiver / trustee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 950,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 12,665,838.00 |

Debtor  **Privvy Investment, LLC**
Name

Case number (*if known*)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **13,615,838.00**